Certificate Number: 17572-MOE-DE-035180950

Bankruptcy Case Number: 20-44359



17572-MOE-DE-035180950

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2020, at 10:55 o'clock AM PST, Quinton M Thomas completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: December 15, 2020

By: /s/Shelene Manzi

Name: Shelene Manzi

Title: Counselor